No. 04-01-00385-CR



Juan Antonio LOMAS,


Appellant



v.



The STATE of Texas,


Appellee




From the 399th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-CR-3672


Honorable Juanita A. Vasquez-Gardner, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: October 24, 2001


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss his appeal. The motion is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH